# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RYAN PRICE-WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | : CA 09-0693-C |
| **ADMIRAL INSURANCE COMPANY,** *et. al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Motion to Remand (Doc. 4) is hereby **GRANTED**. Accordingly, this case is hereby **REMANDED** back to the Circuit Court of Mobile County, Alabama, from whence it came.

**DONE** this 28th day of January, 2010.

                                          s/WILLIAM E. CASSADY
                                    UNITED STATES MAGISTRATE JUDGE